FILED
4/30/25 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 24-21550-GLT |
| | : | Chapter: 13 |
| Kylee K Hostetter | : | |
| | : | |
| | : | Date: 4/30/2025 |
| *Debtor(s).* | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:** #69 - Motion to Sell Property Free and Clear of Liens under Section 363(f)
　　　　　　　#72 - Response filed by Trustee
　　　　　　　#74 - Limited Objection to Sell Property by Carrington Mortgage
　　　　　　　#78 - Amended Sale Order
　　　　　　　#80 - Proposed Order Updated
　　　　　　　#84 - Proposed Updated Order

**APPEARANCES**:

　　Debtor:　　Edgardo D. Santillan
　　Broker:　　Amber Lee Hostetter
　　Carrington:　Charles Wohlrab
　　Trustee:　　Ronda J. Winnecour

[10:17]
**NOTES:**
Santillan: This is a motion to sell the property at 135 Janet Street, Beaver Falls PA 15010. The original amount of the sale was $425,000. To have an aggressive marketing process, the price of the home was lowered to $295,000. The price change was due to the percentage rate increase in loans and less buyers. The sale includes a $750 home warranty. The property is to be sold to Toby and Colleen Patridge. This sale will yield a 100% distribution to creditors. An amended order was filed that addresses claims from the PA Department of Revenue, trustee fees, unsecured claims, debtor's vehicles, and my fee application claim up to $12,509. I understand that I may be paid less at the end of closing.

Winnecour: The sale will need to remit $53,500 to pay the claims as filed to make this a 100% plan. The general unsecured are owed $27,000.

Hostetter: The appraisal has not been ordered, they were waiting for this approval before incurring the cost. Everything else has been resolved except for the mortgage contingency.

**OUTCOME:**
1. The *Motion to Sell Debtor's Residence Located at 135 Janet Street, Beaver Falls PA 15010* [Dkt. No. 69] is **GRANTED**. [D.B to enter modified order at Dkt. No. 89]

**DATED:** 4/30/2025